# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEAN OLIVER

v.

PIERCE COUNTY JAIL, *et al.,*

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C07-5128RBL

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

Plaintiff's complaint and causes of action are DISMISSED for lack of prosecution.

|  |  |
|---|---|
| August 21, 2007 | BRUCE RIFKIN |
| Date | Clerk |
|  |  |
|  | *s/CM Gonzalez* |
|  | Deputy Clerk |